FILED

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1   KEKER & VAN NEST, LLP
    ROBERT A. VAN NEST - # 84065
2   ASHOK RAMANI - #200020
    REBEKAH PUNAK- #248588
3   710 Sansome Street
    San Francisco, CA  94111-1704
4   Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
5
    DECHERT LLP
6   JAMES J. ELACQUA - #187897
    NOEMI C. ESPINOSA - #116753
7   HIEU H. PHAN - #218216
    TINA SORIANO - #254777
8   2440 W. El Camino Real, Suite 700
    Mountain View, CA  94040
9   Telephone:  (650) 813-4811
    Facsimile:  (650) 813-4848
10
    Attorneys for Defendant
11  MEDTRONIC, INC.

12

13

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18  ADVANCED CARDIOVASCULAR           Case No. C-95-3577 DLJ
    SYSTEMS, INC.,
19                                    **SUBSTITUTION OF COUNSEL AND**
                         Plaintiff,   [PROPOSED] **ORDER**
20
21          v.
                                      Courtroom: 1, 4th Floor
22  MEDTRONIC, INC.,                  Judge:      Hon. D. Lowell Jensen
                                                  Senior Judge
23                       Defendant.

24

25

26       PLEASE TAKE NOTICE that defendant MEDTRONIC, INC. hereby substitutes Keker

27  & Van Nest, L.L.P., 710 Sansome Street, San Francisco, California 94111, Telephone:  (415)

28  391-5400, and Dechert LLP, 2440 W. El Camino Real, Suite 700, Mountain View, CA 94040,

                                           1

1  Telephone:  (650) 813-4811 as their attorneys of record in this action in place of Robins Kaplan

2  Miller & Cresi, 800 LaSalle Avenue, 2800 LaSalle Plaza, Minneapolis, MN  55402, Telephone:

3  (612) 349-8500.

4      We, the undersigned, consent to the above substitution.

5  Dated: August 13, 2008                                ROBINS KAPLAN MILLER & CIRESI

6

7                                                                      By: _____

8

9      I, the undersigned, consent to the above substitution.

10

11  Dated: August 13, 2008

12                                                                      By: _____
                                                                              ANDREW W. HORSTMAN
13                                                                          on behalf of MEDTRONIC, INC.

14

15      We, the undersigned, accept the above substitution.

16  Dated: August 13, 2008                                KEKER & VAN NEST, LLP

17

18                                                                      By: _____
                                                                              ROBERT A. VAN NEST
19                                                                          Attorneys for Defendant
                                                                              MEDTRONIC, INC.
20

21  Dated: August ___, 2008                              DECHERT LLP

22

23

24                                                                      By: _____
                                                                              JAMES J. ELACQUA
25                                                                          Attorneys for Defendant
                                                                              MEDTRONIC, INC.
26

27

28

423062.01

1   Telephone:  (650) 813-4811 as their attorneys of record in this action in place of Robins Kaplan

2   Miller & Cresi, 800 LaSalle Avenue, 2800 LaSalle Plaza, Minneapolis, MN  55402, Telephone:

3   (612) 349-8500.

4       We, the undersigned, consent to the above substitution.

5   Dated: August __, 2008              ROBINS KAPLAN MILLER & CIRESI

6

7                                       By: _____

8

9       I, the undersigned, consent to the above substitution.

10

11  Dated: August ___, 2008

12                                        By: _____

13                                        ANDREW W. HORSTMAN
                                          on behalf of MEDTRONIC, INC.

14

15      We, the undersigned, accept the above substitution.

16  Dated: August 13, 2008              KEKER & VAN NEST, LLP

17

18                                By: _____

19                                    ROBERT A. VAN NEST
                                    Attorneys for Defendant

20                                    MEDTRONIC, INC.

21  Dated: August 14, 2008              DECHERT LLP

22

23

24                                By: _____

25  FOR                   JAMES J. ELACQUA
                                    Attorneys for Defendant

26                                    MEDTRONIC, INC.

27

28

423062.01

1    IT IS SO ORDERED.

2    Dated:  _8-15__, 2008

3

4    By: _____

5    HON. D. LOWELL JENSEN
     JUDGE OF THE UNITED STATES
6    DISTRICT COURT, NORTHERN
     DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

423062.01