KEKER & VAN NEST, LLP
ROBERT A. VAN NEST - # 84065
ASHOK RAMANI - # 200020
REBEKAH PUNAK - #248588
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

DECHERT LLP
JAMES J. ELACQUA - # 187897
NOEMI C. ESPINOSA - # 116753
HIEU H. PHAN - # 218216
TINA P. F. SORIANO - # 254777
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040
Telephone: (650) 813-4811
Facsimile: (650) 813-4848

Attorneys for Defendant
MEDTRONIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ADVANCED CARDIOVASCULAR SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC, INC., <br><br> Defendant. | Case No. C-95-3577 DLJ <br><br> **STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO MODIFY INJUNCTION AFTER OCTOBER 29, 2008** <br><br> Date: September 19, 2008 <br> Time: 2:00 p.m. <br> Courtroom: 1, 4th Floor <br> Judge: Hon. D. Lowell Jensen <br>        Senior Judge |

423550.02

STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO MODIFY
INJUNCTION AFTER OCTOBER 29, 2008
CASE NO. C-95-03577 DSL

1    THE PARTIES TO THE ABOVE-ENTITLED CASE HEREBY STIPULATE AND AGREE AS FOLLOWS:

WHEREAS Defendant's Motion to Modify Injunction After October 29, 2008 ("Defendant's Motion"), is currently set for hearing before the Court on September 19, 2008, at 2:00 p.m.;

WHEREAS Plaintiff seeks additional time to prepare responsive documents;

WHEREAS, Defendant seeks to ensure that the Court has adequate time to decide Defendant's Motion before October 29, 2008; and

WHEREAS, Plaintiff agrees that it will not use this stipulation to argue against Defendant's position that time is of the essence in addressing Defendant's Motion.

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The hearing on Defendant's Motion shall be continued to Friday, October 3, 2008, at 2:00 p.m.; and

2. Plaintiff agrees not to request a further continuance of or to otherwise seek to delay the hearing on Defendant's Motion.

Dated:  August 21, 2008                                KEKER & VAN NEST, LLP

                                                By:  */s/ Ashok Ramani*
                                                     Ashok Ramani
                                                     Attorneys for Defendant
                                                     MEDTRONIC, INC.

Dated:  August 21, 2008                                MCANDREWS HELD & MALLOY

                                                By:  */s/ David D. Headrick*
                                                     David D. Headrick
                                                     Attorneys for Plaintiff
                                                     ADVANCED CARDIOVASCULAR
                                                     SYSTEMS, INC.

                                                     *Per General Order 45, filing counsel has obtained concurrence in the filing of this document from David Headrick*

1
STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO MODIFY INJUNCTION AFTER OCTOBER 29, 2008
CASE NO. C-95-03577 DSL

423550.02

1  IT IS SO ORDERED:

3  _____ August 25, 2008
   Honorable D. Lowell Jensen, Senior Judge

2
STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO MODIFY
INJUNCTION AFTER OCTOBER 29, 2008
CASE NO. C-95-03577 DSL

423550.02