1   MCANDREWS, HELD & MALLOY LTD
    500 West Madison St, 34th Flr.

2   Chicago, Illinois 60661
    Tel:  (312) 775-8000; Fax:  (312) 775-8100

3   Edward A. Mas II (pro hac vice)
    emas@mcandrews-ip.com

4   David D. Headrick (pro hac vice)
    dheadrick@mcandrews-ip.com

5   Scott P. McBride (not yet admitted pro hac vice)
    smcbride@mcandrews-ip.com

6

7   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.

8   3300 Hillview Avenue
    Palo Alto, California  94304

9   Tel:  (650) 849-6600; Fax:  (650) 849-6666
    Robert F. McCauley III (Bar No. 162056)

10  robert.mccauley@finnegan.com

11

12  Attorneys for Plaintiff
    Advanced Cardiovascular Systems, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                          OAKLAND DIVISION

17

18  ADVANCED CARDIOVASCULAR           Case No. C-95-03577 DLJ
    SYSTEMS, INC.,

19                                    **SUBSTITUTION OF COUNSEL**
                      Plaintiff,      **AND  ORDER**

20
                      v.              **Hon. D. Judge Lowell Jensen**
21                                    **Senior Judge**
    MEDTRONIC, INC.,

22
                      Defendant.
23

24

25          Please take notice that Plaintiff Advanced Cardiovascular Systems, Inc. hereby substitutes

26  Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 3300 Hillview Avenue, Palo Alto,

27  California 94304, Telephone: (650) 849-6600 as its attorneys of record in this action in place of

28

1 | Heller, Ehrman, White & McAuliffe, 275 Middlefield Road, Menlo Park, California 94025,

2 | Telephone: (650) 324-7000.

3 | Please also take notice that McAndrews, Held & Malloy Ltd. remains counsel of record for

4 | Plaintiff Advanced Cardiovascular Systems, Inc.

5 | I, the undersigned, consent to the above substitution of counsel.

6 | Dated: September  5 , 2008                    HELLER, EHRMAN, WHITE & MCAULIFFE

7 |

8 | By:____/s/_____
Patricia Thayer

9 |

10 | I, the undersigned, consent to the above substitution of counsel.

11 | Dated: September  5, 2008

12 | By:____/s/_____
Gary Schneiderman

13 | On behalf of Advanced Cardiovascular Systems,
Inc.

14 |

15 | I, the undersigned, accept the above substitution of counsel.

16 | Dated: September  8, 2008                    FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.

17 |

18 | By:_____/s/_____
Robert F. McCauley III
Attorneys for Plaintiff

19 | Advanced Cardiovascular Systems, Inc.

20 |

21 | IT IS SO ORDERED.

22 |

23 | Dated:_September 10,  2008

24 |

25 | By:_____
Hon. D. Judge Lowell Jensen

26 | Judge of the United States District Court, Northern
District of California

27 |

28 |

2