1   MCANDREWS, HELD & MALLOY, LTD.
    500 West Madison Street, 34th Floor
2   Chicago, Illinois 60661
    Tel:  (312) 775-8000; Fax:  (312) 775-8100
3   Edward A. Mas II (pro hac vice)
    emas@mcandrews-ip.com
4   David D. Headrick (pro hac vice)
    dheadrick@mcandrews-ip.com
5   Scott P. McBride (pro hac vice)
    smcbride@mcandrews-ip.com
6   Kevin A. O'Connor (pro hac vice)
    koconnor@mcandrews-ip.com
7

8   FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
9   3300 Hillview Ave.
    Palo Alto, CA 94307-1203
10  Tel:  (650) 849-6600; Fax:  (650) 849-6666
    Robert F. McCauley III (Bar No. 162056)
11  robert.mccauley@finnegan.com

12

    Attorneys for Plaintiff
13  Advanced Cardiovascular Systems, Inc.

14

15              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
16

17  _____
                                     )
18  ADVANCED CARDIOVASCULAR          )    C. A. No. 95-03577 DLJ
    SYSTEMS, INC.,                   )
                                     )
19                                   )    **STIPULATION AND  ORDER**
                                     )    **REGARDING STATEMENT OF**
20           Plaintiff,              )    **RECENT DECISION EXTENDING**
                                     )    **TERM OF PATENT UNDERLYING**
21         v.                        )    **PERMANENT INJUNCTION**
                                     )
22  MEDTRONIC, INC.,                 )
                                     )
23                                   )
             Defendant.              )
                                     )
24                                   )
    _____ )
25

26

27

28

1   PURSUANT TO CIVIL L.R. 7-12, THE PARTIES TO THE ABOVE-ENTITLED CASE

2   HEREBY STIPULATE AND AGREE AS FOLLOWS:

3   WHEREAS Defendant's Motion to Modify Injunction After October 29, 2008 was heard before

4   the Court on October 3, 2008, and is under submission for the Court's decision;

5   WHEREAS the United States Patent Office published a decision that extends U.S. Patent No.

6   5,451,233 (the patent underlying the permanent injunction), pursuant to 35 U.S.C. § 156(e)(2), for a

7   period of one year ("Interim Extension"), on or about October 14, 2008;

8   WHEREAS because the noticed hearing date has passed, Civil L.R. 7-3(d) does not

9   automatically permit the filing of a Statement of Recent Decision to supply the Court with the Patent

10  Office's Interim Extension;

11  WHEREAS, Plaintiff Advanced Cardiovascular Systems, Inc. (now Abbott Cardiovascular

12  Systems, Inc.) is lodging (not filing) concurrently herewith for the Court's consideration a proposed

13  Statement of Recent Decision, attaching a copy of the Patent Office's Interim Extension (as Exhibit A);

14  IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Plaintiff

15  Abbott should be given LEAVE TO FILE a Statement of Recent Decision in the form lodged by Abbott

16  to supply the Court with the Patent Office's decision.

17  By his signature below, counsel for Plaintiff Abbott attests that counsel for Defendant concurred

18  in the filing of this document.

19

20  Dated: October 14, 2008                MCANDREWS HELD & MALLOY

21
                                          By: /s/ Scott P. McBride_____
22                                            Scott P. McBride
                                              Attorneys for Plaintiff
23                                            ADVANCED CARDIOVASCULAR
                                              SYSTEMS, INC.
24

25  Dated: October 14, 2008                KEKER & VAN NEST, LLP

26
                                          By: /s/ Ashok Ramani_____
27                                            Ashok Ramani
                                              Attorneys for Defendant
28                                            MEDTRONIC, INC.

1    **IT IS SO ORDERED.**

2

3    _____    October 15, 2008

4    Honorable D. Lowell Jensen, Senior Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28